NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANIEL R. SMITH,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7084

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1959, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Daniel R. Smith moves without opposition for a 30-day extension of time, until August 2, 2012, to file his initial brief, and for leave to file the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

SMITH v. DVA                                                    2

FOR THE COURT

**JUL 2 4 2012**
_____
Date

cc:  Kenneth M. Carpenter, Esq.
     Stacey Grigsby, Esq.

s26

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk    **FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 4 2012

JAN HORBALY
CLERK